IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS, AT EAST ST. LOUIS

| | |
|---|---|
| John Daubs, ) | |
|     RR2 Box 163A ) | |
|     Brownstown, Il. 788299 ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Cause No: 08-24-JPG |
| ) | CLERK TO ISSUE SUMMONS |
| CSX Transportation, Inc., ) | JURY TRIAL DEMANDED |
| ) | |
| SERVE:   Illinois Corporation Service Co. ) | |
|     Registered Agent ) | |
|     801 Adlai Stevenson Dr. ) | |
|     Springfield, IL 62703 ) | |
| ) | |
|     Defendant. ) | |

## COMPLAINT

## COUNT I

Now comes the plaintiff, John Daubs, by his attorneys, Holland, Groves, Schneller & Stolze, L.L.C., and for his cause of action against the defendant, CSX Transportation, Inc. alleges as follows:

1. That this action is being brought against the defendant, CSX Transportation, Inc., pursuant to the provisions of the Federal Employers' Liability Act, Title 45 U.S. Code, Section 51, et seq and Locomotive Inspection Act, 49 USC § 20701. That this action is properly venued in this Court under the FELA and local rules and that this Court has jurisdiction pursuant to 28 U.S.C. 1331, Federal Question Jurisdiction.

2. That at all times hereinafter mentioned, the defendant, CSX Transportation, Inc., a corporation, was a common carrier in interstate transportation and conducted business throughout the Southern District of Illinois.

3. That at all times relevant herein plaintiff was and is a resident of Brownstown, Fayette

County, Illinois.

4. At all times pertinent hereto, the plaintiff, John Daubs, was employed by the defendant, CSX Transportation, Inc. as a locomotive engineer, and was engaged by the defendant, CSX Transportation, Inc. in the furtherance of its business interests and movement of freight in interstate and foreign commerce within the meaning of the Federal Employers' Liability Act, 45 U.S.C. § 51 et seq.

5. That on or about August 24, 2007 at or near Vandalia, Illinois the seat on the locomotive plaintiff was operating for defendant collapsed/broke causing plaintiff to injure his back.

6. Plaintiff states that his injuries and damages resulted in whole or in part from the negligent acts or omissions of the defendant, its officers, employees or agents in one or more of the following particulars:

    a) Defendant failed to provide plaintiff with a reasonably safe place to work; or

    b) Defendant failed to provide reasonably safe conditions for work; or

    c) Defendant failed to provide reasonably safe methods of work; or

    d) Defendant's conduct described above was and is in violation of the Locomotive Inspection Act, 49 USC § 20701 et seq., as it failed to provide plaintiff with locomotives that did not pose an unnecessary danger of personal injury and was and is in violation of 49 CFR §229.7(a)(1) & (2) or 49 CFR §229.45, or 49 CFR §229.119 constituting negligence per se; or

    e) Defendant failed to provide a reasonably safe seat; or

    f) Defendant failed to properly inspect, test, or maintain the seat; or

    g) Defendant failed to provide a reasonably safe locomotive.

7. As a result, in whole or in part, of the aforementioned conduct of the defendant, the plaintiff was caused to suffer the following serious, painful, and permanent injuries, to-wit: Plaintiff

suffered injuries to his back, among other things; Plaintiff suffered and will continue to suffer pain and mental anguish; Plaintiff was caused to undergo medical treatment, tests, therapy and will require future medical treatment; Plaintiff has lost wages, fringe benefits and will in the future lose further such wages and fringe benefits and/or loss of earning capacity; Plaintiff has expended or obligated himself for necessary and reasonable medical expenses and hospital care and will in the future be caused to expend further such sums for medical treatment and, possibly, surgery. Plaintiff has suffered pain and suffering and will in the future have pain and suffering as a result of defendant's negligence. Plaintiff's ability to work, labor, and enjoy the normal pursuits of life has been impaired and lessened all to plaintiff's damage.

Wherefore, the plaintiff, John Daubs, prays for a money judgment in his favor and against the defendant, CSX Transportation, Inc. for an amount in excess of One Million Dollars ($1,000,000.00), together with the costs expended herein and for any further relief this Court deems appropriate

s/Gerard B. Schneller
Gerard B. Schneller #6205863
gschneller@allfela.com
Steven L. Groves #6211737
sgroves@allfela.com
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101

Christopher M. Murphy
cmurphy@doranandmurphy.com
Michael H. Doran
mdoran@doranandmurphy.com
Doran & Murphy, LLP
1234 Delaware Avenue
Buffalo, NY 14209
(716) 884-2000
Attorneys for Plaintiff