IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN DAUBS**, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **08-24-JPG** |
| **CSX TRANSPORTATION, INC.**, | ) |
| Defendant. | ) |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to compel defendant to respond to plaintiff's interrogatories and requests for production. **(Doc. 18).** In response, defendant certifies that responses to plaintiff's requests for discovery have now been supplied to plaintiff.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 18)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: March 26, 2009

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

1