IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOHN DAUBS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **08-24-JPG** |
| | ) | |
| **CSX TRANSPORTATION, INC.**, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to compel.  **(Doc. 27).**  A preliminary review

reveals that plaintiff has failed to submit a copy of the production request at issue, as required by

Local Rule 26.1(b)(3).  Even if a party has waived all objections by failing to reply to a

discovery request, the Court will not compel a response without having some idea of what is at

issue.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 27)** is **DENIED** without

prejudice.

**IT IS SO ORDERED.**

**DATED:  June 23, 2009**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**