# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN DAUBS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | NO.  08-024-JPG |
| ) | |
| **CSX TRANSPORTATION, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:  January 20, 2010

NANCY J. ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk

APPROVED:     *S/J. Phil Gilbert*
              J. PHIL GILBERT
              U. S. DISTRICT JUDGE